UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

AliAs Tyre Smith

A.K.A Terik Williams

SurName Moses lee Smith

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Northampton County Prison

Northampton County Courts

Prime Care Medical co

St Luke Hospital Anderson Campus

Department of Corrections

SCI Graterford

SCI Camp Hill

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

REC( )

AUG 14 2013

13      4736

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes   ☐ No
(check one)

**RECEIVED**

AUG 14 2013

I.    **Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name Tyre Smith

ID # KY5933

Current Institution SCI MAhANoy

Address 301 Morea Road

Frackville, P.A. 17932

*Rev. 10/2009*

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Department of Corrections Shield #
Where Currently Employed State of Pennsylvania
Address 2520 Lisburn Road
Camp Hill, P.A. 17001

Defendant No. 2
Name St Luke Hospital Shield #
Where Currently Employed Private
Address Anderson Campus
Bethlehem Twp

Defendant No. 3
Name Prime Care Medical Shield #
Where Currently Employed Northampton County Prison
Address 6660 Walnut Street
easton, P.A. 18042

Defendant No. 4
Name Northampton County Prison Shield #
Where Currently Employed Northampton County
Address 6660 Walnut Street
easton, P.A. 18042

Defendant No. 5
Name Northampton County Courts Shield #
Where Currently Employed Northampton County
Address 669 Washington Street
easton, P.A. 18042

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? Northampton County Prison, St Luke Hospital, SCI Graterford, SCI Camphill, Northampton County Courts.

B.   Where in the institution did the events giving rise to your claim(s) occur? At All of the above Place, during different time And dates.

C.   What date and approximate time did the events giving rise to your claim(s) occur? _____

Rev. 10/2009                              - 2 -

ON AND After March 6 2013, Mar 23 2013, March 24 2013
3-26-13, 3-29-13, 4-2-13, 5-7-13 end on July 1 2013

| What happened to you? |

**D.        Facts:** ON 3-23-13 something was put into my food which caused severe abdominal pains, Nasea, Diarreah and throwing up. Prison staff was made Aware immediately also Medical dept. On Monday 3-25-13 I was forced on Level 1 suicide do to my protest of None eating or drinking until state Police was called ON 3-26-13 I was taken to St Luke's Hospital in Bethlehem Twp suffering from severe abdominal and side pains. four tubes of blood were drawn I.V. administered, A meal given and released and returned back to N.C.P, On 3-27-13 I was brought before Honorable Edward Smith and John Morganelli chief prosector of N.C. I was assigned Attorney RAybach And ordered by Judge Smith to eat or be force feed Although I had been eating Prior to court hearing. Also I would be taken to 4 state Hospital for Mental evaluation without my consent. On March 29 2013 after eating breakfast I was repoisoned which led to the same above symptoms only this time lead to me passing out unconscious for I dont know how long, and being rushed back to St Luke Hospital where I was admitted and treated for five days. On April 2 2013 I was released with two Prescriptons Antibiotics and Pain. Only I was then transported to SCI Graterford where I was sent to Mental Health Unit, stripped of clothes and sat on Air conditioned floor for a week of Pure torment while being Denied Prescribed Medications for my stomache Liver, Kidney, And Pains. No Medicines were given to me the whole five and a half weeks I was at SCI Graterford PriSON.

| Who did what? |

| Was anyone else involved? |

| Who else saw what happened? |

**III.    Injuries**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I was denied All medical records of Diagnoses and Prognoses Pertaining to my injuries Due to Security Protocal that was told to me by Northampton County Sheriff's And SCI Graterford Medical Dept and D.O.C officials. I have been made to live with discomforting pains in my Liver, Kidney which I was born with just one, and Kneck and back Pains, And the fear that I may be dying As my body doesnt feel the same, As I am always weak, tired, while my fingers Are constantly going numb on both hand and my leggs and feet aswell

**IV.     Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a

prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Northampton County Prison • St Luke Hospital • SCI Graterford SCI Camp Hill, Northampton County Courts.

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ____ Do Not Know ____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓ No ____ Do Not Know ____

If YES, which claim(s)? All My Claims are covered by D.O.C, by Hospital, by Courts

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓ No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓ No ____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance? With Department of Corrections

1.   Which claim(s) in this complaint did you grieve? Cruel And Unusual Punishment Ill Treatments, Invidious discriminating Practices.

2.   What was the result, if any? None Compliance ____

3.   What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I began filling Grievances And appeals on Grievance from April 15 2013 until Arriving at Last Prison SCI Mahanoy on July 1 2013. I have yet to hear from Executive staff of whom i forced to reach MR. Marc D Goldberg, MR Michael Bell both of D.O.C

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: I couldn't file grievance with Hospital, Courts, Prime Care Medical, or Northampton County Government, Due to being wisked suddenly away at the Order of Northampton County Government.

2.    If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: All Attempts to Contact outside world between March 26 2013 until July 1 2013 were Impede by L.O.C At the Request of Northampton County Government.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. L.O.C was not hearing my requests or grievances Furthermore it clearly states in its Inmate Handbook Pg 10 Section "G" # 2A, 2B 2C. My grievance are none grievable. Also I might Point out Pg 9 Section E # 2, 2, 3 & All these Subordenants Are those whom Condone the Ill Treatment of myself during the four Month Period. So I had Noone who cared to listen.

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.    **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). As Stated Above, I don't Know what Physical damages I have Sustained from this AS I Am and have been Denied the right to Know of my Condition

or view all Medical records of all Tests done. All
I have and know is the every day discomfortings
Pain I have in my stomach, liver, kidney, and back upper middle
Also the coming and going of discomfort in my abdomine.
Therefore I am requesting One Million dollars per Actor
be paid for my physical injuries sustained as well as
my mental and emotional traumatic stress sustained.
Due to my Ill Treatment, Medical Malpractice, Cruel
And unusual punishment, and gross abuse of Authorities

---

**VI.     Previous lawsuits:**

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

Yes ___ / No ___

B.      If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1.      Parties to the previous lawsuit:

Plaintiff _Tyre Smith_

Defendants _Warden Todd L Buskirk_

2.      Court (if federal court, name the district; if state court, name the county) _U.S. Eastern District_

3.      Docket or Index number _# 12-4259_

4.  Name of Judge assigned to your case _Hon. William H. Yohn SR._

5.  Approximate date of filing lawsuit _July 2012_

6.  Is the case still pending?   Yes _✓_ No ____

    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

    _____

    _____

C.  Have you filed other lawsuits in state or federal court?

    Yes _✓_ No ____

**On other claims**

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.  Parties to the previous lawsuit:

    Plaintiff _Tyre Smith_
    Defendants _City of Easton_

    2.  Court (if federal court, name the district; if state court, name the county) _US, Eastern District_

    3.  Docket or Index number _12        N/A_

    4.  Name of Judge assigned to your case _Hon. William H. John SR._

    5.  Approximate date of filing lawsuit _Sept 2012_

    6.  Is the case still pending?   Yes ____ No _✓_

        If NO, give the approximate date of disposition _____

    7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _Prison officials impede my contact with courts so I could not respond with valid supporting evidence_

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _15_ day of _July_____, 20_13_.

Signature of Plaintiff _____

Inmate Number _Tyre Smith_

Rev. 10/2009                                     - 7 -

Institution Address _301  Morea  Road_
_Frackville,  P.A, 17932_

_SCI  Mahanoy_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _15_ day of _July_ , 20 _13_ , I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

|  | SCI Mahanoy |  |
|---|---|---|
|  | Calculation Worksheet |  |
|  | 7/12/2013 |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Inmate Name: | SMITH, TYREE |  |
| Inmate Number: | KY5933 |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Deposits | Balance |
|  | For the | End of |
| Month | Month | Month |
| January-13 | 0.00 | 0.00 |
| February-13 | 0.00 | 0.00 |
| March-13 | 0.00 | 0.00 |
| April-13 | 0.00 | 0.00 |
| May-13 | 0.00 | (15.00) |
| June-13 | 200.00 | 76.10 |
| Totals | 200.00 | 61.10 |
| Average | $33.33 | $10.18 |

WY

July 15 2013

United States District Courts
Eastern District

13    4736

Alias Tyre Smith
A.K.A Terik Williams
Surname Moses lee Smith
          Vs
Prime Care Medical
Northampton County Prison
St Luke Hospital, Anderson Campus
Department of Corrections
Northampton County Courts
Sci Graterford
SCI Camp Hill


Declaration of Facts

And Now comes Plaintiff's Supporting
Facts against above Defendants. July 15 2013
Monday.


On Wednesday, March 6, 2013, During
A Phone Conference with the Hon Judge
Elizabeth T Hey and Defense Counsel
Gerard J Geiger, Esquire Pertaining to
Civil Action #12-4259.

After making known on record to courts of ongoing Harrassments which did lead to Post traumatic Stress Disorder and resulting in extreme weight loss of at the time forty-seven Pounds, And my Height being at time six feet, Seven inchs Tall. I had also made known that this loss of weight and Harrassment had been the result of retaliation from my 1994 walk away from their Program, which by the way I warned them Prior that I was going to leave and not return. The fact that I was back and Insisted on fighting my conviction by means of Habeas relief. Spawn deep resentments on top of already Past Angers of what they considered me spitting in their faces. which is further from the Truth. So Northampton County Prison officials began monitoring my meal intake, And only after being there 30 months and after dozens of grievances concerning Ill Treatments and conditions concerning the water in the cells I was housed in did they take notice that I was eatting only what i deemed safe, bread, Pasta, Potatoes, Rice, Half a cup of water from the shower stall. Then On March 23 2013 Saturday the Ill Treatments I had grieved about in the Past struck me again, only this time due to weeks of consumption of chemical my condition had weaken me so when i threw-up that evening which was followed by Diarreah and abdominal Pains

I knew, I had been Poisoned and I knew I had
to seek help beyond Northampton County Prison and
Prime Care Medical Due to their close relationship
and Past Neglectful conducts against myself. So
On the Morning of March 24, 2013 Sunday
I waited on my breakfast tray to check it for
Possible tampering, and I did notice in Plain
View Human Hairs on and between the Pancakes
I then waited on the Nurse Ms smith along with
the correction officer to show both of my findings
and to request to be allowed to call state police
I was denied, then I asked for L.T., I was
again denied. So I Told all Medical and Prison
Authorities "That I will not speak, eat, or drink
Anything until I Am allowed to speak with
state police". On the Afternoon of Monday
March 25, 2013 The Mental therapist not Board
certified Psychologist of Prime Care Medical
did Diagnose myself As Level I suicide
and I was immediately Placed in what is
known as the Bubble striped of my clothes and
given a velcrow smock. I was then Put on
the floor two feet from the toilet and directly
in front of a blower which blew severe Heat
directly on me constantly. I was dehydrated
Prior to coming in their since I was thirty-six
hours without water or foods And still very sick
from Saturday's food Poisoning. On the Morning
of Tuesday March 26, 2013 After a Night of

suffering with abdominal Pain, stomach, and what I thought was side Pains, that did turn out to be severe liver and kidney Pains. I was called down to Medical Dept, but i could not stand due to Pains and dehydration. So Baterriffs were called in to transport myself to near by Hospital "St Luke" Hospital of Anderson Campus in Bethlehem twp" once there i immediately Pleaded with the Nurse and staff to call the state Police for me because of Ill Treatments alas to no prevail my request was ignored due to Northampton County sherriffs and Prime Care Medical informing them that i was Mentally Ill although Crisses at St Luke Hospital said nothing mental was wrong with me. So while in E.R. they immediatley drew four tubes of Blood since i complained of Food Poisoning and Pains in my stomach, liver, kidney which i was born with obly one i might add. Once blood was taken I.V. was given along with water and two bowls of soup along with two rolls. after I.V. was finish i was discharged from hospital without knowing any blood, urine results, nor why was my vital organ's hurting if i wasn't Poisoned? My condition was not staybalized due to discomforts in my liver, stomach, kidney still existed and with no answer given to me, but all is known by Northampton County sherriffs, and Prime Care Medical, and Northampton County Prison officials.

I was returned to Northampton County Prison
and back into the Heated Bubble cell. where I
again refuse to eat until allowed to speak to
State Police, So after a long suffering night in
that heated cell. On the morning of Wednesday
March 27 2013. Something surprisingly strange
happened. I was taken from the Bubble to the
adjacent Court Building, down to a lower level through
tunnels and turns to a Court room where the
Northampton County Prosecutor John Morganellf and
other legal Professionals including a one MR. Rybach
esquire who had been chosen to represent me without
my Knowledge or ever meeting with me. also Present
were Deputy Warden of N.C.P along with Mental
therapist of Prime Care Medical. I was wheeled
in before the Hon Judge Edward Smith. I was
allowed to speak but limited I asked why was
I there and the Courts claimed that i was Mentally
Ill and Prison officials along with Prime Care Medical
were there to get a court order to feed me threw
a tube by force until i can be shipped away to
a Mental State institution. So after conferring
with my appointed Attorney MR Rybach and he
informing me that neither the state Police or the
Hon Judge Elizabeth T Hey will be notified as
i requested. I reluctuantly agreed to give up my
Protest of none eat, drink, speak, but i would be
transferred out of Northampton County Prison where
I could eat and drink without worry

So i was taken back to Northampton County Prison where i began eatting, drinking, speaking inspite of concerns and still with physical discomforts.

So on March 27 2013 I ate Lunch, Dinner, On Thursday March 28 2013 I ate Breakfast, Lunch, Dinner On March 29 2013 I ate Breakfast while still in Heated Bubble and almost immediately it happened again i began throwing-up then severe diarreah the guard on duty to watch me asked if i wanted to shower afterwards and i answered yes once i get myself together i was having abdominal pains he said "ok just call when your ready" so called out and was escorted by guard to showers. Once in shower i complained of light headedness and inner pains. He then said "Just walk it off you fine" I called out to him again saying i feel light headed and i cant breath. He then smiled and said "you'll be fine Tyre just hurry-up" after that i passed out only to wake up on the floor with my testicle's swollen along with my Diagnosed Hernia bulging out also my vital organ's were severely paining me along with a sharp pain on the right side of my head that went down my neck and rest between my shoulder blades. while i laid there on the shower floor the Prison guard did not enter, did not call for medical help, only stood outside of shower saying "Tyre are you ok buddy, looks like we fell, get up buddy. see if you can stand, you probably slipped on soap, you'll be ok buddy get up now" He would

enter the shower to assist me, and didn't call for
assistance for at least 15 minutes, when Prime Care
Medical was finally called in they began roughly
handling my head and body and also saying " what's
wrong Tyre did you slip and fall on soap, here let
me help you up, then I strained out my Pains and
she and they stop pulling on me to stand, the nurse
called for a neck brace, which once arrived was put
onto my face more than my neck, my whole mouth
and part of my nose was covered with neck brace.
next rather than wooden stretcher being brought in
a medical chair was brought and no prison guards
cared to assist but one, so with two nurses who
were even less interested about being there I was again
roughly mishandled while in severe Pain picked up
and sat upright in chair in my Tears trying to breath
and focus. I was wheeled down to medical bumping
down four steps, then Paramedics were called in and
I was Transported to St Luke Hospital Anderson Campus
of Bethlehem Twp once again with same conditions
and again I pleaded with hospital E.R. staff to
call state Police in my Tears, and again they ignored
me. I was then admitted into the Hospital for
five days which began with four tubes of
blood, one urine specimen, two X-Rays, Three
CAT SCANS, Three Ultra Sounds. while there
I was seen by a Liver specialist, Kidney specialist
gastralogist, Anestialogist, And resident M.D.

I was told my enzymes are dangerously high at 1280 in my liver and are rising and they dont know why, but it is the reason why im in such pain. Also they were concern with my heart rate being 28 to 30 And not rising the whole time i was there, Also i was told that my Heart had an irregual beat and that something was affecting blood flow, Also i was told that my only kidney was inflamed for some reason. After being bombarded with all these conflicting facts that had no explination as to why, and no Doctor willing to admit i was poisoned, but wouldnt or claimed not to know why the Pains, discomforts of inflamations. My Medical records and condition was kept a secret as per order of the Northampton County sheriff's Dept As Security Protical I was told. So after lies and adding to my alrendy stress the doctor's conferred with sheriff's after ever test or blood, which was being drawn at 5AM every day and four tubes at a time. So on Monday Morning April 1, 2013 I was taken to the operating room to have a procedure done on my stomach where they would send a flex camera down my throat into my stomach to see what was irritating my stomach and intestints. So I was sedated for 30 mins, when i came out i had a severe headache and my blood pressure was extremely high which required two shots of a medication to help lower and stabalize it.

Once my blood Pressure was stable and my
Heart rate seem to Rise a little all was left
was the Severe headache which was the result
of the medication from the procedure. On the
Morning of Tuesday April the 2, 2013. I was
Prescribed antibiotics, and Pain medication by
resident Doctor never told why i'm taking antibiotics
or what was the cause for my condition with my
stomach, Heart, Liver, Kidney. I was given a Hospital
gown, then Northampton County sheriff's fettered, shakeled
and cuffed me walked me out into the cold with
no shoes on my feet and just the gown into there
waiting Paddy wagon where i was transported
unKnown to myself to SCI Graterford. Once
there i was finger Printed, Photo graphed, and asked
dozen of questioned all Pertaining to why i was
there. and i answered "I dont Know why" officials
tried to make me believe they Knew nothing about as
to why i was there, they even went as fare as denying
not Knowing i had just left the hospital and i had
just had a procedure done on my stomach, and that
Northampton County sheriff's didnt hand them a file
on myself which also included all Medical records,
Tests, and Prescribed Prescriptions of medication for
myself. Infact SCI Graterford Im lying and made
the whole Hospital visit up. So i was takin to
their MHU block and Placed on again level I
Suicide watch, where i was Put in a nasty cell
made to again lie on the Floor with just a smock

only this time the enviornment was extremely
cold. I was given no mattress no Pillow, no blankets
I remained this way for 72 hours before a one IIR.
Martinez came an offered me a choice of either being
his patient or staying under thae present conditions
so I reluctnantly signed a volunteer form under duress
I was then taken to the oppisite of the MHU ward
where i recieved blanket, Mattress, and a Pair of skippies
for my feet, Meanwhile my Prescribed Medications
were not given to me the whole time I was at
SCI Graterford which was approx 5 1/2 weeks.
I struggled with severe Pains with my stomach,
Liver, Kidney the whole time while in custody at
SCI Graterford, while there IIR Martinez and
other Psychologists gave a Prognoses of myself
without any Diagnoses, never meeting with me besides
the initial Signature, but no one on one, I was
Prescribed heavy Psych Medications, which i refused
and what sparked a five week Practice of Ill Treatments
I was surrounded by Inmates, Prison Guards, and staff
who would continually bang on Prison cell doors, Turn T.V.
on all the way, scream, Yell, and anything Harrassing
that denied me sleep for the entire Five an a half
weeks there. when i left Northampton County Prison i
weighed 146 lbs Due to the same stressful conditions,
by the time i left St Luke Hospital. I was up to
155 lbs. so i entered SCI Graterford at that weight
by the time i left SCI Graterford on Tuesday
May 7 2013 I weighed in at SCI Camp Hill

145 lbs. My Physical condition had worsen my vital organs were near shut down my discomforts were unexplainable. as I had never experienced such trauma. After being weighed at SCI Camp Hill rather than being taken to infirmary I was again Abusively and neglectfully taken to their Sou ward which is Another Mental health unit. were I was striped and placed on level I suicide again even though my last three days at SCI Graterford were spent in normal Populations. So SCI Camp Hill decided to approach my torment differently than SCI Graterford realicing my Physical condition SCI Camp Hill admitted to the mistakes of SCI Graterford and Produced the Prescribed Medications of St Luke Hospital. Now instead of taking one antibiotic that gastrologist at St Luke Hospital Prescribed SCI Camp Hill added another Along with "Omeprazole 40 mg capsule a Sub for Prilosec. So I was taking two antibiotic four times a day for three weeks along with Prilosec once daily. Again No one At SCI Camp Hill would explain to me why I was taking any antibiotics. as with St Luke Hospital who made it quite clear that my condition was not viral or bacterial related. So my question as to why? never drew an answer. Meanwhile the Practices of Ill Treatments continued I was Impede from courts, State Police, Media, family, friends. No one ever knew that I was hospitalized and that my condition was related to Ill Treatment

till this day still no one knows of my plight within the Commonwealth of Pennsylvania, Although there are those among the Department of Corrections who claims equity not one Person or Personess reached out to my family or friends to inform them as to my well being. Not one of my Grievances from Northampton County Prison, SCI Graterford, SCI CampHill on cruel and unusual Punishment has ever been replied to. Not one of my Please for help from D.O.C on Lisburn Rd campHill P.A. 17001 was ever followed through. All I recieved was Severe retaliations from management, Guards, and their cronies Inmates On July 1 2013 with Precisisting conditions still very much discomforting with me I was Transferred yet again to SCI Mahanoy where iam now Presently Housed and awaiting my MAX date of Aug 15 2013. It appears I may be taking Palsec for the rest of my days since I have no idea as to why my stomach can not digest the foods I normally took for granted, also the question as to why my last three fingers on both hands continue to go numb leaving my hand dead in the water also will this discomfort I have in my only Kidney and liver ever pass? Since March 6, 2013 I have many Physical questions discerning my Mortality? everyday I live in wonder, I live in fear.

I Declare under Penalty of Perjury that the above Information is true to the best of my Knowledge.
a.k.a Terrik Williams          Alias Tyre Smith KY5933
Surname Moses lee Smith

b. file a grievance (see **DC-ADM 804, "Inmate Grievance System;"**) and/or
c. report it in writing to the Office of Professional Responsibility at Central Office.

5. A third party may make reports of allegations of inmate abuse, verbally or in writing, to any staff member at the facility or at Central Office.

6. If you make a false allegation, you may be issued a misconduct.

7. For more information about abuse allegations, refer to **DC-ADM 001, "Inmate Abuse Allegation Monitoring."**

**H. Sexual Harassment of or Sexual Contact with Inmates (DC-ADM 008)**

1. Sexual harassment of inmates is prohibited. Sexual Harassment is defined as sexual advances, requests for sexual favors, and other verbal, visual, or physical contact of a sexual nature, sexually offensive comments or gestures or any physical contact that is of a sexual nature or sexually suggestive.

2. If you believe you have experienced sexual harassment by staff, inmates, visitors, contractors, or individuals/groups that have business with the Department, you must report it as soon as possible. You may report it to the Unit Manager and/or submit a grievance in accordance with **DC-ADM 804**. If you file a report, you must include the names of all parties involved; the specific details of the incident(s), date(s), time(s), or place(s) of alleged incidents; and witnesses, if any. The Unit Manager will initiate a review of the allegation and respond as soon as possible, but no later than 10 working days from receipt of information. You may not be retaliated against for reporting an incident of sexual harassment or for providing witness testimony.

3. If you sexually harass another person (inmate, employee, visitor, contractor, volunteer, etc.) you will be subject to a Class 1 misconduct in accordance with **DC-ADM 801,** and it may be a violation of law. For more information, refer to **DC-**

filing no more than one grievance each 15 working days. A grievance is frivolous when the allegations or the relief sought lack any arguable basis in fact.

12. At any point in the process, you may withdraw the grievance. You must do this in writing, sign it and date it. You may either write on the original grievance form, "I wish to withdraw this grievance," or you may send a **DC-135A** to the Facility Grievance Coordinator with the number of the grievance asking for it to be withdrawn.

13. You may request an extension for filing a grievance to the Facility Grievance Coordinator.

14. You will receive a response to your grievance. You must wait until you have a response from the Grievance Coordinator before you can appeal that response to the Facility Manager. You may only appeal issues that were raised in your initial grievance and/or initial review response, a decision ruling that the grievance was frivolous, or a grievance restriction.

15. If you wish to file an appeal, it must be done within 10 working days from the date of the response to your initial grievance. You may only file your grievance or appeal after these timeframes if you are on a temporary transfer from the facility where the grievance should have been filed, you were permanently transferred to another facility, you were on authorized temporary transfer (ATA) for an extended period, or there were delays with mail delivery.

16. An appeal to the Facility Manager must be clearly labeled as an appeal at the top of the first page and include the grievance number. It must identify what response you are appealing and why you are appealing. You may only appeal once. If your grievance was about personal property or a publication denial, you must state whether you will appeal the issue to the Secretary's Office of Inmate Grievances and Appeals so that the item can be held pending a final decision.

17. You must wait until you have received a response from the Facility Manager before you can appeal to the Secretary's Office of Inmate Grievances and Appeals. The appeal to final review must be filed within 15 working days from the

    d.   follow the direction given by searching staff member.

15.  A body cavity search may be conducted when there is reasonable belief that you are concealing contraband inside your body. A body cavity search may be authorized by the Facility Manager/designee when it has been determined that there is imminent danger to your health or to facility security or safety.

## E.  Facility Management

1.  The Facility Manager is in charge of the security, programs, and activities of the facility.

2.  There are at least two Deputy Superintendents at each DOC facility. The Deputy Superintendent for Facilities Management (DSFM) is in charge of Unit Management and facility security. The Deputy Superintendent for Centralized Services (DSCS) is responsible for medical and mental health care, Correctional Industries, education, activities, and food services.

3.  There is at least one Major at each facility. The Major supervises all facility Corrections Officers and the Unit Management Teams assigned to each housing unit. At facilities with two Majors, these responsibilities are shared between the Majors.

4.  The Corrections Classification and Program Manager (CCPM) is responsible for inmate records, activities, volunteers, religious programs, inmate employment, and treatment programs.

## F.  Resolution of Problems

Problems on your housing unit should first be directed to a Corrections Officer on the Unit. If the Officer cannot resolve the issue, you should bring the problem to the attention of your Counselor or Unit Manager. If the issue is not resolved at that level, it should be brought to the attention of the Shift Commander, then the Major.

Conclusion of
Facts

Between March 25 2013, Monday until
Present the Plan was to enduce both
Mental and Physical Sickness upon myself
by high ranking official's within the
Department of Corrects in Associate with
those members of the Northampton County Prison
and Prime Care Medical.

This was why i was striped of all clothing
and made to lie on floor at Northampton
County Prison within inchs from toilet, Also
while at SCI Graterford I was again striped
of my clothing and Placed in a cell that
recently experienced an Septic over flow were
human feces was on the floor and against the
wall and no maintenance work was Performed
On either cell I was Placed in on the M.H.U
ward. Cell #15, cell #18. Furthermore breakfast,
lunch, and Dinner were served by sliding a foam
tray under the door. Lastly Once arriving
at SCI CampHill after surviving a five and
a half week Torment of Cruel and unusual
Punishment I was again striped of all clothing
and Placed into a Special observation cell
that maintained a temperture of 30°C I assume
because my fingers and feet were constantly numb
and frigid. Along with other Trecharies like the
use of Inmates to Harrass, Provoke, intimidate
myself. It was quite clear that I was

not meant to make it to my max date in August 2013, and to not Pursue either civil case #12-4259 or Habeas relief both of which I was denied Access to Courts, Law clinic, Family, Media, Proper Stationary surplies, even Commissary up until my last two weeks before my max date. So at Present my Physical Health is the concern which Plagues me day and night. Department of Corrects refuses to share any finding or results of the dozens of lab test done on myself between March 26 2013, thru July 1 2013. D.O.C sharply denies me ever being at St Luke Hospital anderson Campus in Bethlehem Twp. by denying not having or knowing of my Visit or the dozens of Tests that were done on myself between March 25 2013, thru April 2, 2013. So I've been left to wonder, worry, and question as to why my Kidney, liver, stomach suffers discomforts daily and why both my Arms And hands constantly experiences spasms of Numbness thru three fingers on both hands and both Arms??? with no Answers i am force to rely on my faith and even this has been Impede by D.O.C As i am placed on a two week waiting list.